| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147)<br>Email: rrivas@zlk.com |
| 2 | **LEVI & KORSINSKY, LLP** |
| | 44 Montgomery Street, Suite 650 |
| 3 | San Francisco, California 94104<br>Telephone: (415) 291-2420 |
| 4 | Facsimile: (415) 484-1294 |
| 5 | Eduard Korsinky (to be admitted *pro hac vice*) |
| | Email: ek@zlk.com |
| 6 | **LEVI & KORSINSKY, LLP** |
| | 30 Broad Street, 24th Floor |
| 7 | New York, NY 10004<br>Telephone: (212) 363-7500 |
| 8 | Facsimile: (212) 636-7171 |
| 9 | *Counsel for Plaintiff David C. Weston* |
| | *[Additional Counsel Appear On Signature Page]* |
| 10 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID C. WESTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>PG&E CORPORATION, ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, CHRISTOPHER P. JOHNS, DINYAR B. MISTRY, and DAVID S. THOMASON,<br><br>Defendants. | Case No. 3:18-cv-03509-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Judge: Hon. Richard Seeborg<br>Action filed: 6/12/18 |
| **This document also relates to:**<br><br>JON PAUL MORETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>PG&E CORPORATION, ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, CHRISTOPHER P. JOHNS, DINYAR B. MISTRY, and DAVID S. THOMASON,<br><br>Defendants. | Case No. 3:18-cv-03545-VC<br><br>Judge: Hon. Vince Chhabria<br><br>Action filed: 6/14/18 |

STIP. & [PROPOSED] ORDER TO RELATE CASES ; Case No. 3:18-CV-03509-RS

| | |
|---|---|
| 1 | WHEREAS, on June 12, 2018, plaintiff David C. Weston filed a complaint alleging violations of federal securities laws against PG&E Corporation ("PG&E" or "Company"), Anthony F. Earley, Jr., Jason P. Wells, Geisha J. Williams, Christopher P. Johns, Dinyar B. Mistry, and David S. Thomason, captioned *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509-RS (the "*Weston* Action"); |
| 6 | WHEREAS, on June 14, 2018, plaintiff Jon Paul Moretti filed a complaint alleging violations of the federal securities laws against PG&E, Anthony F. Earley, Jr., Jason P. Wells, Geisha J. Williams, Christopher P. Johns, Dinyar B. Mistry, and David S. Thomason, captioned *Moretti v. PG&E Corporation, et al.*, No. 3:18-cv-03545-VC (the "*Moretti* Action"); |
| 10 | WHEREAS, the *Weston* Action is currently assigned to the Honorable Richard Seeborg and the subsequent *Moretti* Action is assigned to the Honorable Vince Chhabria; |
| 12 | WHEREAS, the parties believe the *Weston* Action and *Moretti* Action should be related because: (1) they involve substantially the same parties, property, transactions, and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges: |
| 16 | IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11, and 7-12, by and between undersigned counsel for the parties, that the *Weston* Action and *Moretti* Action are related cases pursuant to Local Rule 3-12(a). |

Dated: August 13, 2018

**LEVI & KORSINSKY LLP**

*/s/ Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
E-mail: rrivas@zlk.com

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky (to be admitted *pro hac vice*)
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171
E-mail: ek@zlk.com

*Counsel for Plaintiff David C. Weston*

| | | |
|---|---|---|
| 1 | Dated: August 13, 2018 | **POMERANTZ LLP** |
| 2 | | */s/ Jennifer Pafiti* |
| | | Jennifer Pafiti (SBN 282790) |
| 3 | | 468 North Camden Drive |
| | | Beverly Hills, CA 90210 |
| 4 | | Telephone: (818) 532-6499 |
| | | E-mail: jpafiti@pomlaw.com |
| 5 | | |
| 6 | | **POMERANTZ, LLP** |
| | | Jeremy A. Lieberman (to be admitted *pro hac vice*) |
| 7 | | J. Alexander Hood II |
| 8 | | 600 Third Avenue, 20th Floor |
| | | New York, New York 10016 |
| 9 | | Telephone: (212) 661-1100 |
| | | Facsimile: (212) 661-8665 |
| 10 | | E-mail: jalieberman@pomlaw.com |
| 11 | | E-mail: ahood@pomlaw.com |
| 12 | | **POMERANTZ LLP** |
| | | Patrick V. Dahlstrom (to be admitted *pro hac vice*) |
| 13 | | Ten South La Salle Street, Suite 3505 |
| 14 | | Chicago, Illinois 60603 |
| 15 | | Telephone: (312) 377-1181 |
| | | Facsimile: (312) 377-1184 |
| 16 | | E-mail: pdahlstrom@pomlaw.com |
| 17 | | *Counsel for Plaintiff Jon Paul Moretti* |
| 18 | Dated: August 13, 2018 | **LATHAM & WATKINS LLP** |
| 19 | | */s/ Robert W. Perrin* |
| | | Robert W. Perrin (SBN 194485) |
| 20 | | Michael J. Reiss (SBN 275021) |
| | | 355 South Grand Avenue, Suite 100 |
| 21 | | Los Angeles, CA 90071 |
| 22 | | Telephone: (213) 485-1234 |
| | | Fax: (213) 891-8963 |
| | | Email: robert.perrin@lw.com |
| 23 | | Email: michael.reiss@lw.com |
| 24 | | *Counsel for Defendant PG&E Corporation* |

| | |
|---|---|
| Dated: August 13, 2018 | **MCDERMOTT WILL & EMERY LLP** |
| | */s/ Charles E. Weir* |
| | Charles E. Weir (SBN 211091) |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 284-6159 |
| | Fax: (310) 277-4730 |
| | Email: cweir@mwe.com |
| | *Counsel for Defendants Anthony F. Earley, Jr., Jason P. Wells, Geisha J. Williams, Christopher P. Johns, Dinyar B. Mistry, and David S. Thomason* |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation.

IT IS HEREBY ORDERED that *Moretti v. PG&E Corporation, et al.*, No. 3:18-cv-03545-VC (the "*Moretti* Action") be related to *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509-RS. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the *Moretti* Action to the undersigned.

**IT IS SO ORDERED.**

Dated: 8/14/18

The Honorable Richard Seeborg
United States District Judge