LATHAM & WATKINS LLP
  Robert W. Perrin (Bar No. 194485)
  *robert.perrin@lw.com*
  Michael J. Reiss (Bar No. 275021)
  *michael.reiss@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
  James E. Brandt (*pro hac vice* forthcoming)
  *james.brandt@lw.com*
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Nominal Defendant PG&E Corporation*

[Additional Counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. WESTON, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>PG&E CORPORATION, ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, CHRISTOPHER P. JOHNS, DINYAR B. MISTRY, and DAVID S. THOMASON,<br><br>  Defendants. | Case No. 3:18-cv-03509-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE CASES**<br><br>Hon. Richard Seeborg |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

WHEREAS, on June 12, 2018, plaintiff David C. Weston filed a securities class action complaint against PG&E Corporation ("PG&E") and its current and former officers, asserting violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 related to alleged misrepresentations in connection with wildfires that started on or about October 8, 2017 in Northern California (the "North Bay Wildfires"), styled *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509-RS (the "*Weston* Action");

WHEREAS, on June 14, 2018, plaintiff Jon Paul Moretti filed a securities class action complaint in this District against the same defendants as in the *Weston* Action predicated on nearly identical allegations, and asserting identical claims, styled *Moretti v. PG&E Corporation et al.*, No. 3:18-cv-03545-VC (the "*Moretti* Action," and together with the *Weston* Action, the "Securities Class Actions");

WHEREAS, on August 14, 2018, the Honorable Richard Seeborg ordered the Securities Class Actions related, and directed the Clerk of the Court to reassign the *Morreti* Action to Judge Seeborg;

WHEREAS, on August 3, 2018, plaintiff Oklahoma Firefighters Pension and Retirement System filed a derivative action in this District against Nominal Defendant PG&E and certain of its current and former officers and directors, predicated on allegations concerning PG&E's conduct related to the North Bay Wildfires, styled *Oklahoma Firefighters Pension and Retirement System v. Lewis Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action");

WHEREAS, on August 20, 2018, the Derivative Action was assigned to the Honorable Phyllis J. Hamilton;

WHEREAS, the undersigned parties agree that the Derivative Action and the Securities Class Actions are related pursuant to Civil Local Rule 3-12(a), because "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges"; and

WHEREAS, nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any undersigned party may have with respect to the Securities Class Actions or the Derivative Action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Civil Local Rules 3-12 and 7-12, and subject to the approval of the Court, that the Derivative Action and the Securities Class Actions are related, and that the Derivative Action shall be reassigned to the Honorable Richard Seeborg.

Dated: August 22, 2018

LATHAM & WATKINS LLP
ROBERT W. PERRIN (Bar No. 194485)
MICHAEL J. REISS (Bar No. 275021)

By /s/ Robert W. Perrin
ROBERT W. PERRIN
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
robert.perrin@lw.com
michael.reiss@lw.com

LATHAM & WATKINS LLP
JAMES E. BRANDT (*pro hac vice* forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
james.brandt@lw.com

*Attorneys for Nominal Defendant PG&E Corporation*

Dated: August 22, 2018

MCDERMOTT WILL & EMERY LLP
CHARLES E. WEIR (Bar No. 211091)

By /s/ Charles E. Weir
CHARLES E. WEIR
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

| | |
|---|---|
| 1 | cweir@mwe.com |
| 2 | MCDERMOTT WILL & EMERY LLP |
| | STEVEN S. SCHOLES (*pro hac vice* |
| 3 | forthcoming) |
| | 444 West Lake Street |
| 4 | Chicago, IL 60606 |
| | Telephone: (312) 372-2000 |
| 5 | Facsimile: (312) 984-7700 |
| | sscholes@mwe.com |
| 6 | |
| | *Attorneys for Defendants Geisha J.* |
| 7 | *Williams, Jason P. Wells, Anthony F.* |
| | *Earley, Jr., Patrick M. Hogan, Christopher* |
| 8 | *P. Johns, Dinyar B. Mistry, and David S.* |
| | *Thomason* |
| 9 | |
| 10 | Dated: August 22, 2018     SIMPSON THACHER & BARTLETT LLP |
| |      James G. Kreissman (Bar No. 206740) |
| 11 |      Elizabeth H. White (Bar No. 291439) |
| 12 | |
| 13 | By /s/ James G. Kreissman |
| |      JAMES G. KREISSMAN |
| 14 |      2475 Hanover Street |
| |      Palo Alto, CA 94304 |
| 15 |      Telephone: (650) 251-5080 |
| |      Facsimile: (650) 251-5002 |
| 16 |      jkreissman@stblaw.com |
| |      elizabeth.white@stblaw.com |
| 17 | |
| | SIMPSON THACHER & BARTLETT LLP |
| 18 |      PAUL C. CURNIN (*pro hac vice* |
| |      forthcoming) |
| 19 |      425 Lexington Avenue |
| |      New York, NY 10017 |
| 20 |      Telephone: (212) 455-2000 |
| |      Facsimile: (212) 455-2502 |
| 21 |      pcurnin@stblaw.com |
| 22 | *Attorneys for Defendants Lewis Chew, Fred* |
| | *J. Fowler, Richard C. Kelly, Roger H.* |
| 23 | *Kimmel, Richard A. Meserve, Eric D.* |
| | *Mullins, Forrest E. Miller, Rosendo G.* |
| 24 | *Parra, Barbara L. Rambo, and Anne Shen* |
| | *Smith* |
| 25 | |
| 26 | Dated: August 22, 2018     BERMAN TABACCO |
| |      Nicole Lavallee (Bar No. 165755) |
| 27 |      Daniel E. Barenbaum (Bar No. 209261) |
| 28 | By /s/ Daniel E. Barenbaum |

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

DANIEL E. BARENBAUM
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com

BERMAN TABACCO
Leslie R. Stern (*pro hac vice* forthcoming)
Nathaniel L. Orenstein (*pro hac vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
lstern@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

4

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

# [PROPOSED] ORDER

Based on the foregoing stipulation and good cause having been shown, the Court hereby GRANTS the parties' stipulation.

IT IS HEREBY ORDERED THAT *Oklahoma Firefighters Pension and Retirement System v. Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action"), is related to *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509 and *Moretti v. PG&E Corporation et al.*, No. 3:18-cv-03545. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the Derivative Action to the undersigned.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/29/18
Date

Hon. Richard Seeborg
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS